1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  KRYSTAL J. ROSSE
   Nevada Bar No. 11573
4  TROY K. FLAKE
   Assistant United States Attorneys
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  Telephone: 702-388-6336
   Email: *krystal.rosse@usdoj.gov*
7          *troy.flake@usdoj.gov*

8  Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES JACKSON, | Case No. 2:16-cv-01892-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO EXCLUDE EXPERT WITNESS NADEER PIRANI, M.D., FROM PLAINTIFF'S EXPERT WITNESS LIST** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that Plaintiff's Expert Witness, Nadeer Pirani, M.D., is withdrawn as an expert witness and shall be excluded from the above listed case for purposes of his expert testimony and shall be excluded from any future witness lists.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, for the reasons stated above, the Parties respectfully request the instant Stipulation to Exclude Expert Witness Nadeer Pirani, M.D., from Plaintiff's Expert Witness List be granted.

Respectfully submitted this 31st day of January 2018.

| | |
|---|---|
| LADAH LAW FIRM | DAYLE ELIESON<br>United States Attorney |
| */s/ Ramzy P. Ladah*<br>RAMZY P. LADAH, ESQ.<br>ADRIAN KARIMI, ESQ.<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>litigation@ladahlaw.com | */s/ Krystal J. Rosse*<br>KRYSTAL J. ROSSE<br>TROY K. FLAKE<br>Assistant United States Attorneys<br><br>*Attorney for the United States* |
| *Attorneys for Plaintiff James Jackson* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2018