# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JACKSON,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | 2:16-cv-01892-JAD-GWF<br><br>**Order Referring Case for a Mandatory Settlement Conference** |

This case is currently set for a jury trial on the October 16, 2018 trial stack.

**IT IS HEREBY ORDERED** that this case is referred to Magistrate Judge George W. Foley, Jr. for a mandatory settlement conference.

DATED: June 1, 2018

                                                _____
                                                Jennifer A. Dorsey
                                                United States District Judge