DAYLE ELIESON
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No. 11573
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *krystal.rosse@usdoj.gov*

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES JACKSON, | Case No. 2:16-cv-01892-JAD-GWF |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE COURT DEADLINES** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff James Jackson and Defendant United States of America, by and through their counsel of record, have agreed in principle to settle this case. The parties are currently working to finalize their agreement and file necessary dismissal paperwork, which they believe can be accomplished by **August 15, 2018**.

Consequently, the parties respectfully request that the Settlement Conference in this matter currently scheduled for July 11, 2018, and all other Court ordered deadlines, including Calendar Call on October 9, 2018 and Bench Trial on October 16, 2018, be vacated.

///

///

///

1

If the parties have not filed a Stipulation of Dismissal by August 15, 2018, the parties will file a Joint Status Report no later than **August 16, 2018**.

Respectfully submitted this 2nd day of July 2018.

| | |
|---|---|
| LADAH LAW FIRM | DAYLE ELIESON<br>United States Attorney |
| */s/ Ramzy P. Ladah*<br>RAMZY P. LADAH, ESQ.<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>litigation@ladahlaw.com | */s/ Krystal J. Rosse*<br>KRYSTAL J. ROSSE<br>Assistant United States Attorney |
| *Attorney for Plaintiff James Jackson* | *Attorneys for the United States* |

IT IS SO ORDERED:

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

DATED: 7-3-2018