DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES JACKSON,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 2:16-cv-01892-JAD-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 43 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Dated this this 9th day of October 2018.

| | |
|---|---|
| LADAH LAW FIRM | DAYLE ELIESON<br>United States Attorney |
|  */s/ Ramzy P. Ladah*<br>RAMZY P. LADAH, ESQ.<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>litigation@ladahlaw.com<br>*Attorney for Plaintiff James Jackson* |  */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

## ORDER

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 10, 2018